# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE TENZER-FUCHS, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,<br><br>　　　Plaintiff,<br>v.<br><br>FRANKE KITCHEN SYSTEMS, LLC,<br><br>　　　Defendant. | CV 20-4032 (JS) (AKT)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michelle Tenzer-Fuchs and Defendant Franke Kitchen Systems, LLC jointly stipulate that Plaintiff's claims in the above-referenced matter are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: December 16, 2020

Respectfully Submitted,

SHALOM LAW, PLLC

By: _____
Jonathan Shalom, Esq.
Jonathan@ShalomLawNY.com
105-13 Metropolitan Avenue
Forest Hills, New York 11375
Tel: (718) 971-9474

Attorney for Plaintiff


BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

By: /s/Christopher J. Barrett
Kenneth A. Weber
Kenneth M. Klemm
Christopher J. Barrett
Baker Donelson Center
211 Commerce Street, Suite 800

1

        Nashville, Tennessee 37201
        kweber@bakerdonelson.com
        cbarrett@bakerdonelson.com
        kklemm@bakerdonelson.com

    Attorneys for Defendant

The January 4, 2021 Pre-Motion Conference is marked off the Court's calendar.
The Clerk of Court is directed to close this case.

        **SO ORDERED**.

        /s/ *Joanna Seybert*
        JOANNA SEYBERT, U.S.D.J.

Dated: December 18, 2020
Central Islip, New York